```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TYSON COLEMAN                    :        CIVIL ACTION
                                 :
     v.                          :
                                 :
DEBRA SAUERS, et al.             :        NO. 12-2725
```

                                ORDER

      AND NOW, this 19th day of September, 2012, upon consideration of Tyson Coleman's petition for writ of <u>habeas corpus</u> pursuant to 28 U.S.C. § 2254 and memorandum in support thereof (docket entries ## 1 & 6), defendants' response thereto (docket entry # 9), and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (docket entry # 10), to which no one filed objections within the time that Local R. Civ. P. 72.1 IV(b) prescribes, and the Court finding that in Judge Perkin's well-reasoned Report and Recommendation he properly examined all issues of fact and law relevant to the disposition of Coleman's petition, it is hereby ORDERED that:

      1.   The Clerk of Court shall TRANSFER this case from our Civil Suspense docket to our Active docket;

      2.   The Report and Recommendation (docket entry # 10) is APPROVED and ADOPTED;

3.   Coleman's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry # 1) is DENIED;

4.   Coleman having failed to make a substantial showing of the denial of a constitutional right, we decline to issue a certificate of appealability; and

5.   The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


/s/ Stewart Dalzell, J.

2