IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYSON COLEMAN                    :        CIVIL ACTION
                                 :
          v.                     :
                                 :
DEBRA SAUERS, et al.             :        NO. 12-2725

ORDER

AND NOW, this 19th day of September, 2012, upon consideration of Tyson Coleman's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and memorandum in support thereof (docket entries ## 1 & 6), defendants' response thereto (docket entry # 9), and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (docket entry # 10), to which no one filed objections within the time that Local R. Civ. P. 72.1 IV(b) prescribes, and the Court finding that in Judge Perkin's well-reasoned Report and Recommendation he properly examined all issues of fact and law relevant to the disposition of Coleman's petition, it is hereby ORDERED that:

1.   The Clerk of Court shall TRANSFER this case from our Civil Suspense docket to our Active docket;

2.   The Report and Recommendation (docket entry # 10) is APPROVED and ADOPTED;

      3.    Coleman's petition for writ of <u>habeas</u> <u>corpus</u> pursuant to 28 U.S.C. § 2254 (docket entry # 1) is DENIED;

      4.    Coleman having failed to make a substantial showing of the denial of a constitutional right, we decline to issue a certificate of appealability; and

      5.    The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>